ANNA G. PIZZINI, appellant,

*v.*

WILLIAM B. PIZZINI et al., respondents.

[Decided September 23d, 1921.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *91 N. J. Eq. 10.*

*Messrs. Bolte, Sooy & Gill,* for the appellant.

*Messrs. Babcock & Champion,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, HEPPENHEIMER, WILLIAMS, GARDNER, VAN BUSKIRK—13.

*For reversal*—None.